FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAZEL K.,<br><br>                Plaintiff,<br><br>  -vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                Defendant. | No.   1:22-CV-3104-WFN<br><br>ORDER |

      Pending before the Court is the parties' Stipulated Motion for Sentence Six Remand. ECF No. 8. The Court has reviewed the file and Motion and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1.  The parties' Stipulated Motion for Sentence Six Remand, filed October 27, 2022, **ECF No. 8**, is **GRANTED**.

      2.  The above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

      3.  Upon remand, the agency will work to obtain a corrected administrative record that includes complete exhibits.

      4.  This Court will retain jurisdiction of this case while the agency prepares a complete administrative record.

      The District Court Executive is directed to file this Order and provide copies to counsel.

      **DATED** this 8th day of November, 2022.

*[signature]*

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

11-03-22

ORDER