FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 18, 2025**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HAZEL K.,

        Plaintiff,

v.

LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]

        Defendant.

No.  1:22-CV-03104-ACE

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**ECF No. 30**

    **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 30. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Michael J. Mullen represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 30**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to

---

    [1]Pursuant to Federal Rule of Civil Procedure 25(d), Leland Dudek, Acting Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council shall instruct the Administrative Law Judge to:  (1) offer Plaintiff the opportunity for another administrative hearing; (2) further develop the record and reevaluate the evidence, as necessary; (3) reevaluate the severity of Plaintiff's postural orthostatic tachycardia syndrome and seizure impairments (including finding whether seizures were a medically determinable impairment); and (4) issue a new decision.

  2. **Judgment shall be entered for PLAINTIFF**.

  3. Plaintiff's Opening Brief, **ECF No. 26**, is **STRICKEN AS MOOT**.

  4. An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 18, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2